UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWEN HARTY, Individually,<br><br>Plaintiff,<br><br>v.<br><br>MAGNUSON PROPERTIES, LLC d/b/a Airport Waterfront Inn, a Washington State Corporation,<br><br>and<br><br>MAGNUSON HOTELS USA, LLC<br><br>Defendants. | Case No.   2:18-cv-3560 (JCJ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)

TO THE CLERK OF COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), please kindly dismiss all claims against Defendants, MAGNUSON PROPERTIES, LLC and MAGNUSON HOTELS USA, LLC, without prejudice.

Respectfully submitted:

/s/ Daniel A. Pallen
Daniel A. Pallen, Esquire
**THOMAS B. BACON P.A.**
114 West Front Street, Media, PA 19063
(484) 550-7542 ▪ (484) 550-7532 *fax*
dpallen@pallenlaw.com

Dated: 03/05/2019

*Attorney for Plaintiff*