UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

OWEN HARTY, Individually,

    Plaintiffs,

v.                                                                    No. 2:18-cv-3560-JCJ

Magnuson Properties

    Defendant.

**FILED**
APR 04 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this the 2nd day of April, 2019, pursuant to the Plaintiff's request for dismissal it is hereby **ORDERED** and **DECREED** that the above action is **DISMISSED**, without prejudice under Fed. R. Civ. P. 41(a)(2).

**IT IS SO ORDERED.**

BY THE COURT:

_____
J. Curtis Joyner, U.S.D.J.

ENT'D APR 04 2019